*December 9, 1930.*

ESTATE OF OLSON: GULBRANSEN, Administrator, etc., Appellant, vs. TURENER, Claimant, Respondent.

For the appellant: *Henry G. Smieding* and *Fulton Thompson,* both of Racine.

For the respondent: *Wilbershide & Baumblatt* of Racine.

*By the Court.*—Judgment affirmed.

PUSCH, Administrator, Respondent, vs. PUSCH, Appellant.

For the appellant: *Sawyer & Gehl* of Hartford.

For the respondent: *Russell & Goetz* of Hartford.

*By the Court.*—Judgment affirmed.